**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-1221**

—————————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

BRENDA FLINCLUM,

Defendant - Appellee.

—————————

**No. 01-1222**

—————————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

UC LENDING CORPORATION,

Defendant - Appellee.

—————————

**No. 01-1223**

—————————

ARTHUR O. ARMSTRONG,

Plaintiff - Appellant,

versus

UC LENDING CORPORATION,

                                        Defendant - Appellee.

                        _____

                           **No. 01-1224**

                        _____

ARTHUR O. ARMSTRONG,

                                        Plaintiff - Appellant,

        versus

BENJAMIN S. MARKS, JR.,

                                        Defendant - Appellee.

                        _____

Appeals from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge. (MISC-00-98-1, MISC-00-99-1, MISC-00-100-1, MISC-00-101-1)

                        _____

Submitted:  May 3, 2001                 Decided:  May 17, 2001

                        _____

Before MOTZ, TRAXLER, and KING, Circuit Judges.

                        _____

Dismissed by unpublished per curiam opinion.

                        _____

Arthur O. Armstrong, Appellant Pro Se.  Roger W. Knight, WYRICK, ROBBINS, YATES & PONTON, Raleigh, North Carolina, for Appellees.

                        _____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

2

PER CURIAM:

In these consolidated appeals, Arthur O. Armstrong appeals district court orders dismissing his motions for leave to file lawsuits. We have reviewed the records and the district court orders and find no error. Accordingly, we deny Armstrong's motions for leave to proceed in forma pauperis and dismiss the appeals as frivolous. We further deny Armstrong's motions for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED